**UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-80009-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**SHAROAD ROLLE,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Ryon M. McCabe Following Change of Plea Hearing [ECF No. 22]. On March 12, 2025, Magistrate Judge McCabe held a Change of Plea hearing [ECF No. 19] during which Defendant pled guilty to Count 3 of the Information [ECF No. 11] pursuant to a written plea agreement and stipulated statement of facts [ECF Nos. 20–21]. Magistrate Judge McCabe thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count 3 of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offense [ECF No. 11 (Information)]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 22] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **Sharoad Rolle** as to Count 3 of the Information is **ACCEPTED**. Defendant **Sharoad Rolle** is adjudicated guilty of Count

CASE NO. 25-80009-CR-CANNON

3 of the Information, which charges him with knowingly encouraging and inducing an alien to enter the United States, in violation of Title 8 U.S.C. § 1324(a)(1)(A)(iv), 1324(a)(1)(A)(v)(ii), and 1324(a)(1)(B)(ii) [ECF No. 11].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 14th day of April 2025.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record